

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, Suite 700*          *(973)645-2700*
*Newark, NJ 07102*

January 14, 2011

The Honorable Faith S. Hochberg
United States District Judge
Post Office and U.S. Courthouse Building
Newark, NJ 07102

    Re:    <u>U.S. v. Paul, et al., Crim. No. 10-667 (FSH)</u>

Dear Judge Hochberg:

    In accordance with my conversations with your courtroom deputy, Julianne Buro, and counsel for all of the defendants in the above-referenced case, please be advised that the parties have agreed to a proposed one-week adjournment of the motions briefing calendar previously entered by the Court (<u>see</u> docket entry #95). Specifically, the parties have agreed that the calendar be modified as follows:

| | |
|---|---|
| Defense motions: | January 21, 2011 |
| Opposition: | February 11, 2011 |
| Reply: | February 25, 2011 |
| Motions hearing: | To be set (unchanged) |
| Trial: | March 7, 2011 at 9:30 a.m. (unchanged) |

Thank you for your attention to this matter.

        Sincerely yours,

        PAUL J. FISHMAN
        United States Attorney

        /s/ Lisa M. Colone

        By: Lisa M. Colone
        Assistant United States Attorney

cc: All defense counsel (by U.S. Mail)

SO ORDERED.

*[signature]*
Hon. Faith S. Hochberg, U.S.D.J.
1/17/11